# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| JOHN G. CAPANNARI, et al., | CIVIL ACTION NO. 1:13CV883 |
| *Plaintiffs,* | Judge Michael R. Barrett |
| vs. | Magistrate Judge Stephanie K. Bowman |
| GLEN A. GALEMMO, et al. | NOTICE OF MANUAL FILING |
| *Defendants.* | |

Please take notice that Plaintiffs have manually filed the deposition of Glen Galemmo with attached exhibits. This document has not been filed electronically because it is a Confidential document with various exhibits either confidential or under a protective order in a prior case, *United States of America v. Glen Galemmo,* case No. CR-1-13-141.

Respectfully submitted,

By: s/ Phyllis E. Brown
James R. Cummins (0000861)
Phyllis E. Brown (0037334)
Adam S. Brown (0078803)
CUMMINS & BROWN LLC
312 Walnut Street, Suite 1000
Cincinnati, OH 45202
(513) 241-6400 – Telephone
(513) 241-6464 – Facsimile
jcummins@cumminsbrownlaw.com
pbrown@cumminsbrownlaw.com
abrown@cumminsbrownlaw.com

>Richard S. Wayne (0022390)
>STRAUSS TROY CO., LPA
>The Federal Reserve Building
>150 East Fourth Street
>Cincinnati, Ohio  45202-4018
>(513) 621-2120 – Telephone
>(513) 629-9426 – Facsimile
>*rswayne@strausstroy.com*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 10, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record. Parties not represented by counsel will be served by U.S. Mail or Electronic Mail.

                                        s/ Phyllis E. Brown
                                        James R. Cummins (0000861)
                                        Phyllis E. Brown (0037334)
                                        CUMMINS & BROWN LLC
                                        312 Walnut Street, Suite 1000
                                        Cincinnati, OH 45202
                                        (513) 241-6400 – Telephone
                                        (513) 241-6464 – Facsimile
                                        E-mail: jcummins@cumminsbrownlaw.com
                                        E-mail: pbrown@cumminsbrownlaw.com

39343