**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John Capannari, *et al.*,

    Plaintiffs,

v.

Glen Galemmo, *et al.*,

    Defendants.

Case No. 1:13cv883

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon Defendant William T. Schamp's Motion to Dismiss. (Doc. 196). Mr. Schamp filed this motion *pro se*, but subsequent to its filing, counsel made an appearance on behalf of Mr. Schamp. (Doc. 199). Defendant Schamp's *pro se* Motion to Dismiss (Doc. 196) is **DENIED as MOOT**. However, counsel for Mr. Schamp retains the right to refile the motion if necessary.

**IT IS SO ORDERED.**

                                       */s/ Michael R. Barrett*
                                       JUDGE MICHAEL R. BARRETT