24 January 2020

Glen Galemmo
Reg ID#: 72083-061
SPC Williamsburg
PO Box 380
Salters, South Carolina 29590

Hon. Algenon L. Marbley
Chief District Judge
United States District Court
Southern District of Ohio
Room 319
85 Marconi Blvd
Columbus, OH 43125

    re: Pursuant to Title 5 U.S.C. § 552 - "FOIA"
        FOIA Request for Court Account Records related to -
        Case No.: 1-13-cr-00141 - United States v. Glen Galemmo
        Case No.: 1-13-cv-00883 - Capannari v. Galemmo
        Glen A. Galemmo, personally
        Any businesses related to Glen A. Galemmo

Your Honor:

    Pursuant to the "Freedom of Information Act" I am requesting timely production of the complete accounting records for any and all accounts related to the above named cases and parties, beginning on June 7, 2013 through January 24, 2020.

    The accounts should reflects all receipts and disbursements, sources and recipients, dollar amounts and account balances related to these cases and accounts. Additionally, sources would include the forfeitures of properties and monies of Glen A. Galemmo and of any business accounts or properties related to Galemmo's businesses between the dates above.

    Please provide an estimate of any charges for search, retrieval, and reproduction of these documents in paper output form.

Respectfully submitted,

Glen A. Galemmo